DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. JOHNSON

No. 40 PC.

Case below: 28 N.C. App. 265.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976.

STATE v. LESLIE

No. 68 PC.

Case below: 28 N.C. App. 591.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976.

STATE v. McNEILL

No. 20 PC.

Case below: 28 N.C. App. 125.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 March 1976.

STATE v. MOORE

No. 51 PC.

Case below: 28 N.C. App. 353.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 March 1976.

STATE v. SPEIGHT and CARTER

No. 57 PC.

Case below: 28 N.C. App. 201.

Petition by defendant Carter for discretionary review under G.S. 7A-31 denied 2 March 1976.